IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RECEIVED CLERK'S OFFICE
2014 NOV -3 AM 8:41
U.S. [...]
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

ANDRE NICHOLAS HARRIS,       )
                             )
         Movant,             )
                             )
                             )
vs.                          )    CASE NO. 5:12-cr-65-002 (MTT)
                             )
                             )
UNITED STATES OF AMERICA,    )
                             )
         Respondent.         )

---

### MOTION FOR MODIFICATION AND REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. §3582(c)(2)

---

COMES NOW, Andre Nicholas Harris, the Movant, pro se, who respectfully moves this Honorable Court to modify and reduce his sentence on the above-styled case pursuant to the provisions of Title 18 U.S.C. § 3582(c)(2) and the Retroactive Amendment 782 of the United States Sentencing Guidelines.

Pro Se Filing

Movant is not an attorney and is unskilled in the law and the intricate workings of its form. He therefore, respectfully requests the Court to construe his motion liberally to encompass any appropriate federal relief he may be due in accordance with the Supreme Court Opinion in Haines v. Kerner, 404 U.S. 519 (1972).

## History of the Case

Movant was arrested and indicted by a Federal Grand Jury of the Middle District of Georgia. Movant was charged with Possession with the Intent to Distribute 126 grams of Cocaine Hydrocloride in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

On May 30, 2013, Movant was sentenced by the Honorable Marc T. Treadwell, U.S. District Court Judge for the Middle District of Georgia.

At sentencing, Movant's P.S.I. calculated his Offense Level to be 18, with a Criminal History Category of VI. The Court accepted the findings of the P.S.I. and the Advisory Guideline Sentencing Range of 57 - 71 months. The Court sentenced Movant to 70 months to be followed by 3 years of Supervised Release.

## Effect of Amendment 782 and § 1B1.10 of the Guidelines

On July 18, 2014, the United States Sentencing Commission unanimously voted to apply a reduction in the Sentencing Guidelines Levels that are applicable to most federal drug trafficking offenders. This reduction applies retroactively and means that those offenders currently in prison will be eligible for reduced sentences beginning November 1, 2015.

Amendment 782 provides, in general, a 2-level reduction in the Drug Equivalency Table of § 2D1.1 of the Guidelines. It does not apply to Career Offenders and is subject to any applicable mandatory minimums.

Subsection (e)(1) of the Amendment does not preclude the Court from conducting reduction proceedings and entering Orders under 18 U.S.C. § 3582(c)(2) and the applicable policy statements before November 1, 2015, provided that any Order reducing a defendant's term of imprisonment has an effective date of November 1, 2015, or later.

The Section of the Guidelines governing sentence reduction procedures and policy is § 1B1.10.

## Comparison of Old and New Guidelines

Movant's original Offense Level, after Acceptance of Responsibility was 18, which with a Criminal History Category of VI, yielded an Advisory Guideline Sentencing Range of 57 - 71 months, to which Movant was sentenced to 70 months.

Amendment 782 provides for a 2-Level reduction in Movant's Offense Level which would reduce his Final Offense Level to 16. With a Criminal History Category of VI, Movant's new Advisory Guideline Sentencing Range will be 46 to 57 months. The Court is allowed the discretion to sentence Movant within any part of this new Guideline Range.

Post-Conviction Rehabilitation

The Court may consider Movant's efforts at post-conviction rehabilitation when determining his § 3582(c)(2) motion. During his incarceration, Movant has accomplished the following:

1). Movant is currently participating in the BOP's 9-month Residential Drug Treatment Program (RDAP), which was recommended by the Court.

2). In addition to RDAP, Movant has completed or is scheduled to complete numerous Adult Continuing Education (ACE) classes designed to assist Movant become a productive member of society upon release. Attached is a copy of Movant's BOP Educational Transcript. (Exhibit A).

WHEREFORE, for the reasons cited, Movant humbly prays this Honorable Court will grant his pro se § 3582(c)(2) Motion and reduce his sentence, taking into account his rehabilitative efforts to the bottom of the Guidelines to 46 months, a reduction of 24 months, or whatever the Courts deems appropriate.

Respectfully submitted,

*/s/ Andre Harris*

Andre Nicholas Harris, pro se
Reg. No. 96072-020
Federal Correctional Institution
P.O. Box 7007
Marianna, FL. 32447-7007

EXHIBIT A: Educational Transcript

- 4 -

CERTIFICATE OF SERVICE

I, hereby certify that on ____ October, 2014, a true and correct copy of the foregoing "Motion for Modification and Reduction of Sentence" was furnished to:

>Office of the United States Attorney
>Middle District of Georgia
>P.O. Box 1702
>Macon, GA. 31202-1702

by U.S. Mail, First Class Postage, prepaid.

_____
Andre Nicholas Harris