NAME: Andre Nicholas Harris
REG. NO.: 96072-020
QUARTERS: A/B
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7007
MARIANNA, FL 32447-7007

PENSACOLA FL 325

Clerk, U.S. District Court
P.O. Box 128
Macon, GA. 31201