AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America  )  | |
| v.  ) | Case No: 5:12-CR-00065-002 |
| Andre Nicholas Harris  ) | |
| ) | USM No: 96072-020 |
| Date of Original Judgment: 06/05/2013  ) | |
| Date of Previous Amended Judgment:  ) | Catherine Michelle Leek |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   70   months **is reduced to**   46  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The Court imposed a sentence within the amended advisory guideline range that was comparable to the within range sentence imposed at initial sentencing and subsequent sentence reductions. In deciding the sentence to impose, the Court has considered the 18 U.S.C. § 3553(a) factors as well as the defendant's post-rehabilitative conduct. The Court finds that the sentence imposed is appropriate considering the nature and circumstances of the offense and the history and characteristics of Defendant. The Court further finds the sentence is necessary to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendant.

Except as otherwise provided, all provisions of the judgment dated   06/05/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/24/2015

S/ Marc T. Treadwell
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Marc T. Treadwell, U.S. District Judge
*Printed name and title*